# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# GREENVILLE DIVISION

| | |
|---|---|
| CANDICE COAKLEY ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:18-CV-00018-PLR-MCLC |
| ) | |
| v. ) | |
| ) | |
| LINCOLN NATIONAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

COMES NOW the parties, by counsel, and stipulate that this cause of action be dismissed with prejudice. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

WHEREFORE, the Parties, by counsel, stipulate that this cause of action be dismissed with prejudice, with each party to bear her/its own costs and attorney fees.

Dated: July 5, 2018

| *Counsel for Plaintiff Candice Coakley,* | *Counsel for Defendant The Lincoln National Life Insurance Company,* |
|---|---|
| By: /s/ Michael D. Grabhorn | By:/s/ Steven J. Silver |
| Michael D. Grabhorn | Steven J. Silver, *pro hac vice* |
| Andrew M. Grabhorn | Byrne J. Decker, *pro hac vice* |
| Grabhorn Law Office, PLLC | Ogletree, Deakins, Nash, Smoak |
| 2525 Nelson Miller Parkway, Suite 107 | & Stewart, P.C. |
| Louisville, KY 40223 | 477 Congress Street, 5th Floor |
| 502-244-9331 | Portland, ME 04101 |
| Fax: 502-244-9334 | (207) 387-2962 |
| Email: m.grabhorn@grabhornlaw.com | Fax: (207) 387-2986 |
| a.grabhorn@grabhornlaw.com | Email: steven.silver@ogletreedeakins.com |
| | b.decker@ogletreedeakins.com |

CERTIFICATE OF SERVICE

       The undersigned counsel hereby certifies that on July 5, 2018, I caused a true and accurate copy of the foregoing document to be served upon the Clerk of the Court using CM/ECF. I also certify that the aforementioned document is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                  By:/s/ Steven J. Silver
                                                  Steven J. Silver

Page 2 of 2
Case 2:18-cv-00018-PLR-MCLC   Document 34   Filed 07/05/18   Page 2 of 2   PageID #: 1317